# EXHIBIT B

**NYPOST.COM** | ON PAGE SIX:   EMPIRE   EMMY AWARDS   CELEBRITY DIVORCES   KARDASHIANS   NBC   FASHION WEEK

HOME   SEARCH   TIPS   SIGN IN   FOLLOW



# Owner of upscale eatery and celeb hotspot goes AWOL

By Carlos Greer                                           July 27, 2015 | 5:01 am



Photo: Christian Johnston

VISIT OUR 23RD & 6TH LOCATION

See What's Possible



*See Price Match Guarantee details online at BestBuy.com/PMG
©2015 Best Buy

**MORE ON:**
**RESTAURANTS**

Woody Allen dines at Brooklyn restaurant three days in a row

Sirio Maccioni recovers from broken leg in Italian villa

Restaurant Avra opening outpost in old Rouge Tomate space

Pure Food and Wine — the upscale raw vegan restaurant where Woody Harrelson has a house account and Alec Baldwin met future wife Hilaria — has shuttered for a second time after owner Sarma Melngailis mysteriously went AWOL, and staffers say they got a raw deal.

"We have not been paid for the pay period ending June 28, and before that we had several checks that would bounce," bartender Kevin Woods told us. Daniel Schubmehl, who worked at the Irving Place eatery for eight years, added, "I know for certain that a substantial amount of money is also owed to a variety of vendors. The wine vendors alone are owed thousands of dollars."

## NOW ON

**Caitlyn Jenner**

**Tyrese to play Taraji P. Henson's love interest on 'Empire'**

**Bar Refaeli ties the knot in Israel**

This top music lawyer saved a producer's life

**Curtis Stone and Lindsay Price heat up food event**

The staff's been protesting outside on Thursdays and even had a vegan potluck on the street there last week.

Employees walked out in July after Melngailis went unreachable for two months. "No one can get in contact with her. We've left e-mails, called her cellphone and nothing has been returned," Woods said.

ADVERTISING

Bizarrely, the restaurant, which opened in 2004 and has been a fave of celebs like Katie Holmes, found itself in a similar situation in January, when Melngailis disappeared. "She didn't have the funds, and we filed a class action suit. She attracted new investors and reopened ... and somehow was able to maintain full ownership," said Schubmehl. Melngailis told health blog Well+Good the place had financial turmoil from the start: "What a lot of people, and even the staff, don't know is that the restaurant has a very complicated history, and from day one has had an enormous amount of debt."

Her popular One Lucky Duck stand in Chelsea has also suffered an unlucky fate.

The staff hopes to reopen the restaurant without her involvement and plans to file a class action case against Melngailis for back wages, we're told. Additionally, Melngailis has been hit with another suit by one of her investors. "All of the investment money is gone," a staffer said.

Sources tell us Melngailis is holed up in New England. She did not respond to us.

**FILED UNDER**  RESTAURANTS , SARMA MELNGAILIS

## PROMOTED STORIES


**10 Best Luxury SUVs**
Kelley Blue Book


**20 Celebrities We No Longer Care About**
She Budgets


**Celebs you didn't know passed away: #17 is**
Your Daily Dish

This top music lawyer saved a producer's life

---

**Kim says Kylie has 'dethroned' her**

**Kim Zolciak recovering with help of husband, 'DWTS' partner**

**David Beckham impressed by pope: 'Truly amazing'**

**Police stumped by murder of Ali**
SEE ALL


**'Black Mirror' Season Three Heading To Netflix With 12 New Episodes**

**10 Things You Didn't Know About 'The Rocky Horror Picture Show'**

**'Quantico' Promo Features The Perviest Voiceover In Network TV History**

SEE ALL


**Spice Up Your Yams With A Dash Of Satan**

SEE ALL

**LATEST NEWS**


Caitlyn Jenner Legally Changes Name and Gender


House Speaker John Boehner Announces Resignation From Congress, Cries During Press Conference