# EXHIBIT C

SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY

---

Asparagus Trading Corporation

   Plaintiff,

   - against -

Sarma Melngailis and
One Lucky Duck Holdings, LLC,

   Defendants.

---

Index No.: 652403/2015

### AFFIRMATION OF JUSTIN S. STERN IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION WITH TEMPORARY RESTRAINING ORDER

  I, Justin S. Stern, an attorney admitted to the practice of law before the courts of the State of New York, and not a party to the above-entitled case, pursuant to New York Civil Practice Rules §2106 and under the penalties of perjury, affirm the following:

  1. Upon filing our Summons and Complaint, dated July 7, 2015, in this action, Plaintiff attempted service of the same, along with form EFM-1 (Notice of Commencement of Action Subject to Mandatory Electronic Filing), on Defendant Melngailis, both as an individual and as a designated member of Defendant OLDH. A true of and correct copy of Plaintiff's service documents are attached hereto as Exhibit 1.

  2. Despite diligent efforts, however, Plaintiff's process server has been unable to locate Defendant Melngailis and effect personal service.

  3. The address Defendant Melngailis provided in the Debt Forgiveness Agreement, 243 Fifth Avenue, # 247, New York, NY 10016 is a mailbox at a postal service

establishment. This is the same address Defendant Melngailis registered under her current driver's license with the New York State Department of Motor Vehicles.

4. Further, upon attempting service at 38 East 21st Street, Second Floor, New York, NY 10010, Defendant Melngailis' last known residential address, the process server was informed that Defendant Melngailis had moved out of those premises over a year ago.

5. Since Defendants' restaurant establishment has closed, Plaintiff has been unable to determine Defendant Melngailis' current regular place of business, if any.

6. With regards to Defendant OLDH, Defendant Melngailis is listed with the New York Secretary of State's corporate registry as the individual authorized to receive service on OLDH's behalf, however the address listed is the same one at which Defendant Melngailis no longer resides. Further, Defendant OLDH's registered agent, as listed with the New York Secretary of State's corporate registry is an attorney at Dreier LLP, which law firm has been defunct for years.

7. I understand that since July 7, 2015, certain partners and other creditors of Defendant Melngailis have attempted to meet with her several times to discuss the restaurant's condition, but that Defendant Melngailis has been a "no show" to each of these meetings. Defendant Melngailis' current whereabouts are unknown.

8. Upon information and belief, Defendant Melngailis has used, and continues to use, the email address of *sarmasarma@gmail.com* for regular correspondence.

Dated: July 14 2015
      New York, New York

 

_____

Justin S. Stern