UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
DANIEL SCHUBMEHL and KEVIN WOODS, on
behalf of themselves and others similarly situated,

                        Plaintiffs,

      v.

SARMA MELNGAILIS, ONE LUCKY DUCK HOLDINGS,
LLC, PURE FOOD AND WINE, LLC, CGM 54 IRVING, LLC,
d/b/a PURE FOOD AND WINE, and ONE LUCKY DUCK
ECOMMERCE, LLC, jointly and severally,

                        Defendants.
-------------------------------------------------------------------x

Civ. No.: 15-cv- 6432
Hon. Valerie E. Caproni

**AFFIDAVIT OF LAUREN HAUPT IN SUPPORT OF PLAINTIFFS' APPLICATION FOR A DEFAULT JUDGMENT**

State of New York  )
                        ) ss.:
County of New York )

**LAUREN HAUPT**, residing at 2248 35th Street, Apt 2R, Queens, New York, being duly sworn, deposes and says:

1. I am an opt-in plaintiff in this case.

2. I was employed at Pure Food & Wine as a pastry cook from March of 2012 until November of 2012.

3. I started working at Pure Food & Wine again on or about April 22, 2015. I was rehired as a pastry chef, which is a full-time position and salaried.

4. Salaried employees were not required to punch-in or out on the computer.

5. I typically worked about fifty hours per week from April 22, 2015 until the restaurant closed.

1

6. I have reviewed the Payroll Journal entry for the payroll period ending on June 28, 2015 and see that it does not reflect the hours I worked. This is because I was full-time and salaried at the time.

7. During that payroll period, I worked my typical fifty-hour workweek. I never received wages for that week.

8. I also worked during the following and final payroll period on June 30th, July 1st and July 2nd. I worked ten hours on June 30th and July 1st and approximately five hours on July 2nd.

Sworn to before me this 30th day

of August, 2016

_____
NOTARY PUBLIC

BENJAMIN NATHAN DICTOR
Notary Public, State of New York
No. 02DI6296798
Qualified in New York County
Commission Expires Feb. 10, 20___

_____
LAUREN HAUPT

2