# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DANIEL SCHUBMEHL and KEVIN WOODS, on
behalf of themselves and others similarly situated,

                         Plaintiffs,                         15 cv 6432 – VEC

v.                                                AFFIDAVIT OF
                                                    SERVICE
SARMA MELNGAILIS, ONE LUCKY DUCK HOLDINGS,
LLC, PURE FOOD AND WINE, LLC, CGM 54 IRVING, LLC,
d/b/a PURE FOOD AND WINE, and ONE LUCKY DUCK
ECOMMERCE, LLC, jointly and severally,

                        Defendants.
-----------------------------------------------------------------x

STATE OF NEW YORK  )
                              )ss:
COUNTY OF NEW YORK  )

       Esther Ortiz, having first been duly sworn, deposes and says: I am not a party to the action; am over 18 years of age and reside at 207 West 106th Street, New York, NY.

       On October 28, 2015, I served a copy of the Summons, Complaint, ECF Rules & Instructions, Hon. Valerie E. Caproni's Individual Practices and Hon. Caproni's Order filed October 27, 2015 in the within matter, by mailing a copy to each of the following parties at the last known address set forth after each name below. (See Exhibit A attached)

| | |
|---|---|
| Sarma Melngailis<br>243 Fifth Avenue, #247<br>New York, NY 10016<br>Via First Class Mail | Sarma Melngailis<br>243 Fifth Avenue, #247<br>New York, NY 10016<br>Via Certified Mail, Return Receipt Requested<br>Certified Mail #7006 2760 0000 2731 4588 |
| Sarma Melngailis<br>38 East 21st Street, 2nd Flr<br>New York, NY 10010<br>Via First Class Mail | Sarma Melngailis<br>38 East 21st Street, 2nd Flr<br>New York, NY 10010<br>Via Certified Mail, Return Receipt Requested<br>Certified Mail #7006 2760 0000 2731 4595 |

| | |
|---|---|
| Sarma Melngailis<br>c/o Mr. John Melngailis<br>c/o Black Rooster Food, LLC<br>3314 Brooklawn Terrace<br>Chevy Chase, Maryland 20815<br>Via First Class Mail | Sarma Melngailis<br>c/o Mr. Noah Melngailis<br>c/o One Lucky Duck Texas<br>303 Pearl Parkway, Suite 109<br>San Antonio, Texas 78215<br>Via First Class Mail |

Sworn to before me this

28th day of October, 2015.

_____
Notary Public

Esther Ortiz

BENJAMIN NATHAN DICTOR
Notary Public, State of New York
No. 02DI6296798
Qualified in New York County
Commission Expires Feb. 10, 20__18__

# EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ms. Jarma Melngailis
   243 Fifth Avenue
   NY NY 10016
   #247

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 2760 0000 2731 4588

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7006 2760 0000 2731 4588

Sent To: Jarma Melngailis
Street, Apt. No.; or PO Box No. 243 Fifth Ave #247
City, State, ZIP+4: NYC 10016

PS Form 3800, August 2006   See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ms. Sarma Melngailis
   38 East 21 Street
   NY NY 10010
   2nd FLR

2. Article Number (Transfer from service label): 7006 2760 0000 2731 4595

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Sarma Melngailis
Street, Apt. No.; or PO Box No. 38 E 21 St 2nd F
City, State, ZIP+4: NYC 10010

PS Form 3800, August 2006    See Reverse for Instructions

Article Number: 7006 2760 0000 2731 4595