# EXHIBIT B

# EISNER & ASSOCIATES, P.C.

**MEMO ENDORSED**

ATTORNEYS AT LAW
113 UNIVERSITY PLACE, EIGHTH FLOOR
NEW YORK, NEW YORK 10003-4527

TELEPHONE: (212) 473-8700
FACSIMILE: (212) 473-8705

E-MAIL: gene@eisnerassociates.com
INTERNET: www.eisnerassociates.com

EUGENE G. EISNER
BENJAMIN N. DICTOR
MARIA L. CHICKEDANTZ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2015

OF COUNSEL
NATHANIEL K. CHARNY*
ROGER J. BERNSTEIN

* NY AND NJ BAR

October 26, 2015

*Via ECF*

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 443
New York, NY 10007

Re: Daniel Schubmehl, et al vs.
Sarma Melngailis, etc., et al
15cv6432 – VEC

Dear Judge Caproni,

This firm represents plaintiffs in the above-referenced matter.

The parties in the above-captioned matter are presently scheduled for an Initial Pretrial Conference on Friday, November 6, 2015 at 10:00 a.m. As the Your Honor is aware, Clerk's defaults have been entered against all corporate defendants and there is presently pending a motion for leave to serve the natural defendant Sarma Melngailis by alternate means. Accordingly, we respectfully request that the conference be adjourned until the Court has rendered its decision.

Respectfully submitted,

/s/
Benjamin N. Dictor

By separate Order, Plaintiffs' motion for leave to serve Defendant Melngailis by alternate means has been granted. The Initial Pretrial Conference previously scheduled for November 6, 2015 shall be adjourned sine die pending Plaintiffs' anticipated Order to Show Cause for default judgment. Plaintiffs are referred to Attachment A of the Court's Individual Practices for specific guidance in filing any such Order to Show Cause. Plaintiffs are further directed to serve a copy of this Order on all Defendants. Defendant Melngailis may be served in accordance with the Court's October 27, 2015 Order on Plaintiff's motion for leave to serve by alternate means.

SO ORDERED.

Valerie Caproni

Date: 10/27/2015

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE