```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DANIEL SCHUBMEHL and KEVIN WOODS, on
behalf of themselves and others similarly situated,

                         Plaintiffs,                       15 cv 6432 – VEC

v.                                            **CLERK'S CERTIFICATE**
                                                   **OF DEFAULT**

SARMA MELNGAILIS, ONE LUCKY DUCK HOLDINGS,
LLC, PURE FOOD AND WINE, LLC, CGM 54 IRVING, LLC,
d/b/a PURE FOOD AND WINE, and ONE LUCKY DUCK
ECOMMERCE, LLC, jointly and severally,

                        Defendants.
------------------------------------------------------------x

      I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on August 14, 2015 with the filing of a summons and complaint; a copy of the summons and complaint was served on defendant SARMA MELNGAILIS on October 28, 2015 by transmitting same via Email and Certified Mail, Return Receipt Requested as per Judge Caproni's Order of October 27, 2015, Doc. #35. *and proof of service was therefore filed on* October 29, 2015, Doc. #37.

      I further certify that the docket entries indicate that defendant SARMA MELNGAILIS has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant SARMA MELNGAILIS is hereby noted.

Dated: New York, New York
          September 27, 2016

                                                  **RUBY J. KRAJICK**
                                                  Clerk of Court

                                                  By: _____
                                                          Deputy Clerk