UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
DANIEL SCHUBMEHL and KEVIN WOODS, on
behalf of themselves and others similarly situated,

                       Plaintiffs,

v.

SARMA MELNGAILIS, ONE LUCKY DUCK HOLDINGS,
LLC, PURE FOOD AND WINE, LLC, CGM 54 IRVING, LLC,
d/b/a PURE FOOD AND WINE, and ONE LUCKY DUCK
ECOMMERCE, LLC, jointly and severally,

                       Defendants.
------------------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2016

15-cv-6432(VEC)

**JUDGMENT ON DEFAULT**

The defendants, SARMA MELNGAILIS, ONE LUCKY DUCK HOLDINGS, LLC, PURE FOOD AND WINE, LLC, CGM 54 IRVING, LLC, d/b/a PURE FOOD AND WINE, and ONE LUCKY DUCK ECOMMERCE, LLC, having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of plaintiffs and upon the Affidavits of plaintiffs and Affirmation of plaintiffs' counsel that defendants are indebted to plaintiffs in the principal sum of SEVENTEEN THOUSAND, ONE HUNDRED AND FIFTY-FOUR DOLLARS AND FORTY-SIX CENTS ($17,154.46), plus costs in an amount of EIGHT HUNDRED AND SEVENTY-TWO DOLLARS AND FIFTY-SEVEN CENTS ($872.57); that defendants have been defaulted for failure to appear pursuant to Rule 55 of the Federal Rules of Civil Procedure; and that the claim is for a sum which can by computation be made certain; it is hereby:

ORDERED, ADJUDGED, and DECREED that plaintiffs and the opt-in class recover of the defendants, SARMA MELNGAILIS, ONE LUCKY DUCK HOLDINGS, LLC, PURE FOOD AND WINE, LLC, CGM 54 IRVING, LLC, d/b/a PURE FOOD AND WINE, and ONE LUCKY DUCK ECOMMERCE, LLC, the sum of SEVENTEEN THOUSAND, ONE HUNDRED AND

1

FIFTY-FOUR DOLLARS AND FORTY-SIX CENTS ($17,154.46), plus costs in an amount of EIGHT HUNDRED AND SEVENTY-TWO DOLLARS AND FIFTY-SEVEN CENTS ($872.57), and interest according to law from the date of this judgment until the entire amount is paid.

This judgment is entered by the Court at the request of the plaintiffs and upon the Affidavits of plaintiffs and Affirmation of plaintiffs' counsel that said amount is due, in accordance with Rule 55(b)(2) of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Date: November 18, 2016
New York, NY

**VALERIE CAPRONI**
**United States District Judge**